**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

C.C. et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/2026

**26-CV-2118 (JMF) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to the undersigned.  (ECF  No. 8)  Insofar as this action is to secure attorneys' fees and costs, Plaintiff's motion shall be submitted by no later than **September 18, 2026.**  Defendants' Opposition is due by **October 19, 2026.**  Plaintiffs' reply, if any, is due by **November 2, 2026.**  The Court is unlikely to extend these deadlines.  Counsel for the parties are encouraged to settle this matter without the need for motion practice.  If the parties believe it would be helpful to have a settlement conference or desire a referral to mediation, they should submit a letter to the Court requesting the same.

**Plaintiffs are directed to serve this order, and a copy of the complaint on the Defendant.**

SO ORDERED.

DATED:    New York, New York
          March 18, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge